```
            UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
              Criminal No. 09-100 ADM/JJG
```

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     O R D E R

Robert Dale Goris,

        Defendant.

      A hearing was held before the undersigned United States Magistrate Judge on April 23, 2009. Defendant was present in court. He is in the process of hiring local counsel. The government was represented by Assistant United States Attorney Michael Cheever.

      Defendant waived the reading of the indictment and entered a plea of not guilty.

      IT IS HEREBY ORDERED that:

      1. The government shall make all disclosures required by Federal Rule of Criminal Procedure 16 by May 1, 2009. In order to avoid the need for a recess of the motions hearing, the government is requested to make, by May 1, 2009, all disclosures which will be required by Fed.R.Crim.P. 26.2 and 12(h).

      2. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before May 15, 2009. **A courtesy copy of all motions and responses shall be delivered directly to the office of Magistrate Judge Graham;**

   3. **Counsel shall electronically file a letter on or before May 15, 2009 if no motions will be filed and there is no need for hearing;**

   4. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and the defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleading;

   6. If required, the motions hearing shall be heard before Magistrate Judge Jeanne J. Graham on May 29, 2009 at 9:30 a.m., 3B U.S. Courthouse, 316 North Robert Street, ST. PAUL, Minnesota;

   7. All voir dire questions and jury instructions and trial related motions (including motions in limine) shall be submitted to Judge Ann D. Montgomery on or before June 22, 2009.

   8. This case shall commence trial on June 29, 2009 at 9:00 a.m., 13 W U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, Minnesota.

Dated: April 24, 2009

           S/ Arthur J. Boylan  
         ARTHUR J. BOYLAN  
         U.S. Magistrate Judge