**RECEIVED**
APR 28 2009
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

V.

Robert Dale Goris

**WARRANT FOR ARREST**

09 41 - 0416 - 0910 - J

CASE NUMBER: CR 09-100 ADM/JJG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Robert Dale Goris

and bring him or her forthwith to the nearest Magistrate Judge to answer an Indictment charging him or her with:

Count 1 - Tax Evasion 2002, 26:7201
Count 2 - Tax Evasion 2003, 26:7201

Ordered by: Joan N. Ericksen, United States District Court Judge.

_____ April 15, 2009 at Minneapolis, MN
(By)  Kim Krulas, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____    Date of Arrest: _____

Name and Title of Arresting Officer    Signature of Arresting Officer

ARRESTED ON 4-21-09
ARRESTED BY _____
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

criminalwarrant.frm

SCANNED
MAY 07 2009
U.S. DISTRICT COURT MPLS