UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT DALE GORIS

        Defendant.

CRIMINAL NO. 09-100 (ADM/JJG)

**ORDER**

---

On April 23, 2009, defendant was arraigned by Magistrate Judge Arthur J. Boylan and on May 1, 2009, an Order was filed setting forth the parties' pretrial obligations and deadlines (Doc. No. 7). The United States was represented by Assistant United States Attorney Michael L. Cheever. The defendant was present, but was not represented. Defendant indicated to the Court that he was in the process of retaining counsel. The parties were ordered to file and serve all pretrial motions on or before May 15, 2009. The order goes on to require:

    4.    A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

        a.    The government makes timely disclosures and the defendant pleads particularized matters for which an evidentiary hearing is necessary; or

        b.    Oral argument is requested by either party in its motion, objection or response pleadings;

To date, no attorney has made an appearance on behalf of defendant, either by pro hac vice admission or as local counsel, and no pretrial motions have been filed on behalf of the defendant.  The United States has moved for discovery disclosures, but has not requested oral argument.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The motions hearing will be **STRICKEN** unless good cause is shown by the filing of an affidavit by **12:00 P.M. on Wednesday, May 20, 2009**.

2. The Court will decide the United States' pretrial motion (Doc. No. 5) on the motion papers.


Dated:  May 18, 2009               s/ *Jeanne J. Graham*
                                   JEANNE J. GRAHAM
                                   U.S. Magistrate Judge