UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 09-100 (ADM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT DALE GORIS, | |
| Defendant. | |

Before the court is the Affidavit of Robert Dale Goris (Doc. No. 10), which this Court interprets as a motion for continuance. The defendant needs additional time to retain local counsel, and have retained counsel admitted to practice in this district *pro hac vice*.

**IT IS HEREBY ORDERED** that the criminal motion hearing scheduled for Friday, May 29, 2009 at 9:30 a.m. is **STRICKEN** and a status conference will be held on **Thursday, June 18, 2009 at 1:30 p.m. in Courtroom 3B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota. Defendant shall come with counsel or be prepared to explain why counsel has not been retained or made an appearance.

In addition, the following pre-trial schedule is set in this matter:

| | |
|---|---|
| Disclosures Due: | **June 22, 2009** |
| Motion/No Motion Letter Due: | **June 26, 2009** |
| Responses Due: | **July 6, 2009** |

|  |  |
|---|---|
| Motion Hearing Date: | **July 10, 2009 at 9:30 a.m.** |
|  | **in STP Courtroom 3B** |
|  | **before Mag. Judge Jeanne Graham** |
| Voir Dire & Jury Instructions: | **July 27, 2009** |
| Trial Date: | **August 10, 2009 at 9:30 a.m.** |
|  | **Before District Judge Ann D. Montgomery** |
|  | **in MPLS Courtroom 13W** |

This order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A). The Court specifically makes the finding that such continuance best serves the ends of justice and that such ends outweigh the interests of the public and the defendant in a speedy trial. The Court further finds that defendant is justified in needing the additional time to retain counsel and to make an adequate factual inquiry for purposes of preparing for the pretrial motions hearing under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv). Having made these findings, the Court excludes from speedy trial considerations the time from May 15, 2009 to June 26, 2009, as granted for the continuance in this proceeding.


Date: May 21, 2009                             s/ *Jeanne J. Graham*
                                               JEANNE J. GRAHAM
                                               United States Magistrate Judge

2