# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | **Criminal No. 09-100 (ADM/JJG)** |
| Plaintiff, | |
| v. | **ORDER** |
| **Robert Dale Goris,** | |
| Defendant. | |

This prosecution came before the undersigned for a status conference on July 21, 2009. James Lackner, Assistant U.S. Attorney, appeared for the Government. Defendant Robert Goris appeared pro se. Joseph S. Friedberg, Esq., and Andrew Mohring, Assistant Federal Defender, were present to discuss his potential representation of Mr. Goris.

A criminal defendant has the right to select counsel, but this right has limits, and counsel must be procured within a reasonable amount of time. Some additional time is reasonable at this juncture, but Mr. Goris is advised that this time is not unlimited. Being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Another status conference shall take place before this Court on **August 11, 2009, at 1:30 p.m.** at the **Warren E. Burger Courthouse, St. Paul, Courtroom 3B.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), this Court specifically finds that a continuance best serves the ends of justice, so that Mr. Goris has reasonable time to procure counsel. This end currently outweighs the interests of the public and the defendant in a speedy trial. As a result, calculation of time under the Speedy Trial Act shall be tolled from July 21, 2009 until August 11, 2009.

2

Dated this 21st day of July, 2009. /s   *Jeanne J. Graham*
———————————————
JEANNE J. GRAHAM
United States Magistrate Judge