UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 09-100 ADM/JJG

**REDACTED**

United States of America,

    Plaintiff,

vs.

**VERDICT**

Robert Dale Goris,

    Defendant.

---

1. We, the Jury in the above-titled matter, find the Defendant, Robert Dale Goris,

   __Guilty__ (Guilty/Not Guilty) of the crime of attempting to evade or defeat his income tax for the year 2002, as charged in Count One of the Indictment.

2. We, the Jury in the above-titled matter, find the Defendant, Robert Dale Goris,

   __Guilty__ (Guilty/Not Guilty) of the crime of attempting to evade or defeat his income tax for the year 2003, as charged in Count Two of the Indictment.

Dated: __3/11/__, 2010.

SCANNED
MAR 12 2010
U.S. DISTRICT COURT MPLS