# United States District Court
STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v.

ROBERT DALE GORIS

**Government's Exhibit List**

Criminal No. 09-100(ADM/JJG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Ann D. Montgomery | Michael L. Cheever, AUSA<br>Kimberly A. Svendsen, AUSA | Michael Minns, Esq.<br>Joseph S. Friedberg, Esq. |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| March 1, 2010 | Tim Willette | Gertie Simon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **IRS RECORDS** |
| | | | | | **A. Robert & Janice Goris** |
| 1 | | 3/2 | ✓ | ✓ | Transcripts of Account for RG & JG, 1995-2008 |
| 2 | | 3/4 | ✓ | ✓ | Information Returns for RG & JG, 1999-2008 |
| 3 | | 3/1 | ✓ | ✓ | 1998 Form 1040, RG & JG |
| 4 | | 3/2 | ✓ | ✓ | 1998 Form 1040X, RG & JG (6/3/00) |
| 5 | | 3/1 | ✓ | ✓ | 5/11/01 Letter from GK to RG & JG (GK) |
| 6 | | 3/1 | ✓ | ✓ | 5/20/01 Letters from LSR to GK (GK) |
| 7 | | 3/1 | ✓ | ✓ | 6/4/01 Letter from GK to RG & JG (GK) |
| 8 | | | | | 7/20/01 Form 2848 for RG & JG Appointing SW as POA (GK) |
| 9 | | 3/1 | ✓ | ✓ | 1999 Form 1040, RG & JG (9/14/01) |
| 10 | | 3/1 | ✓ | ✓ | 2000 Form 1040, RG & JG |
| 11 | | 3/1 | ✓ | ✓ | 2001 Form 1040, RG & JG |
| 12 | | 3/1 | ✓ | 3/1 | 2002 Form 1040, RG & JG |
| 13 | | 3/1 | ✓ | ✓ | 1/04 Letter from IRS to RG (L-3827E) w/ Enclosed Press Release |
| 14 | | 3/1 | ✓ | ✓ | 2003 Form 1040, RG & JG |
| 15 | | 3/1 | ✓ | ✓ | 8/1/04 Form 2848 for RG & JG Appointing JS as POA (AJ) |
| 16 | | 3/2 | ✓ | ✓ | 8/24/04 Letter from AJ to RG & JG (AJ) |
| 17 | | 3/2 | ✓ | ✓ | 9/29/04 Letter from AJ to RG & JG w/ Form 4564 (Request No. 1) from AJ to RG & JG (AJ) |
| 18 | | 3/2 | ✓ | ✓ | 10/04 Form 2848 for RG & JG Appointing SW as POA (AJ) |
| 19 | | 3/2 | ✓ | ✓ | 11/6/04 Form 2848 for RG & JG Appointing WP as POA (AJ) |

SCANNED
MAR 12 2010
U.S. DISTRICT COURT MPLS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 20 | | 3/2 | ✓ | ✓ | 11/30/04 Letter from WP to AJ (AJ) |
| 21 | | 3/2 | ✓ | ✓ | 12/21/04 Cover Letter from AJ to WP Re IFC (AJ) |
| 22 | | 3/1 | ✓ | ✓ | 4/1/05 Form 2848 for RG & JF Appointing LM as POA w/Cover Letter (BU) |
| 23 | | 3/2 | ✓ | ✓ | 5/10/05 Letter from RG to IRS w/ $3,556,411 Check for 2002 |
| 24 | | 3/3 | ✓ | ✓ | Orig. 5/9/05 Check from RG to IRS for $3,556,411 |
| 25 | | 3/3 | ✓ | ✓ | 5/10/05 Letter from RG to IRS w/ $141,035 Check for 2003 |
| 26 | | 3/3 | ✓ | ✓ | Orig. 5/10/05 Check from RG to IRS for $141,035 |
| 27 | | 3/4 | ✓ | ✓ | "Commercial Affidavits" Claiming "no income" for 2002, 2004, & 2005 (Postmarked 8/15/06) |
| 28 | | 3/4 | ✓ | — | "Commercial Affidavit" Claiming "no income" for 2003 (Stamped 8/18/06) |
| 29 | | 3/4 | ✓ | ✓ | Form 4852 (Substitute W-2/1099-R 2002) (8/25/06) |
| 30 | | 3/4 | ✓ | ✓ | Form 4852 (Substitute W-2/1099-R 2003) (8/25/06) |
| 31 | | 3/4 | ✓ | ✓ | 2006 "Filing in Lieu of 1040" (Stamped 4/29/07) |
| 32 | | 3/4 | ✓ | ✓ | 2006 "Filing in Lieu of 1040" (Postmarked 2/22/08) |
| 33 | | 3/5 | ✓ | ✓ | 2007 Form 1096 w/ Forms 1099-OID for RG (10/2/08) |
| 34 | | 3/5 | ✓ | ✓ | 2005 Form 1096 w/ Forms 1099-OID for RG (10/11/08) |
| 35 | | 3/5 | ✓ | ✓ | 2007 Form 1040, RG & JG (10/15/08) |
| 36 | | 3/4 | ✓ | ✓ | Forms 56 for RG & JG for 2001-2004 (10/20/08) |
| 37 | | 3/4 | ✓ | ✓ | 2003 Form 1040, RG & JG (10/20/08) |
| 38 | | 3/4 | ✓ | ✓ | 2004 Form 1040, RG & JG (10/20/08) |
| 39 | | 3/5 | ✓ | ✓ | Forms W-8BEN (Certificate of Foreign Status of Non-Resident Alien) RG & JG (postmarked 12/22/08) |
| 40 | | 3/5 | ✓ | ✓ | 2006 Form 1040, RG & JG (1/3/09) |
| 41 | | 3/5 | ✓ | ✓ | 2008 Form 1040, RG & JG |
| 42 | | 3/1 | ✓ | 3/1 | 2002 Form 1040, RG & JG (10/20/08) |
| 43 | | 3/4 | ✓ | ✓ | Form 4852 (Substitute W-2/1099-R 2004) (8/25/06) |
| 44 | | 3/4 | ✓ | ✓ | Form 4852 (Substitute W-2/1099-R 2005) (8/25/06) |
| 45 | | 3/3 | ✓ | ✓ | FRP History for RG + JG |
| 46 | | | | | |
| | | | | | **B. Greater Resource Development** |
| 60 | | 3/4 | ✓ | ✓ | Transcript of Account, Greater Resource Development, 2002-2008 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 61 | | 3/4 | ✓ | ✓ | Information Returns, Greater Resource Development, 2002-2008 |
| 62 | | 3/2 | ✓ | ✓ | 2002 Form 1065, Greater Resource Development |
| 63 | | 3/2 | ✓ | ✓ | 2002 Amended Form 1065, Greater Resource Development (11/22/05) |
| 64 | | 3/1 | ✓ | ✓ | 2003 Form 1065, Greater Resource Development |
| 65 | | 3/2 | ✓ | ✓ | 2003 Amended Form 1065, Greater Resource Development (11/22/05) |
| 66 | | | | | 2004 Form 1065, Greater Resource Development |
| 67 | | 3/4 | ✓ | ✓ | 9/20/00 letter from MPC re basis |
| 68 | | | | | 9/15/00 MCP Stock Transaction History |
| | | | | | **C. Oakdale Holdings & Oakdale Facilitators** |
| 69 | | 3/4 | ✓ | ✓ | Certificate of Lack of Records, Oakdale Holdings/TIN 93-1444108 |
| 70 | | 3/4 | ✓ | ✓ | Certificate of Lack of Records, Oakdale Facilitators/TIN 93-1444109 |
| 71 | | | | | |
| 72 | | | | | |
| | | | | | **D. Bought With A Price Ministries (BWAPM)** |
| 73 | | 3/4 | ✓ | ✓ | Transcript of Account, BWAPM |
| 74 | | | | | Certificates of Lack of Tax Return, 2002-2008, BWAPM |
| 75 | | | | | |
| 76 | | | | | |
| | | | | | **E. Transport Trust and Land Trust** |
| 77 | | 3/4 | ✓ | ✓ | Certificate of Lack of Record for Transport Trust |
| 78 | | 3/4 | ✓ | ✓ | Certificate of Lack of Record for Land Trust |
| 79 | | | | | |
| 80 | | | | | |
| | | | | | **MINNESOTA DEPARTMENT OF REVENUE RECORDS** |
| 81 | | | | | 2/7/01 MDR Audit Report/Tax Order for RG, 1999 |
| 82 | | 3/1 | ✓ | ✓ | 2002 form M1 for RG & JG |
| 83 | | 3/3 | ✓ | ✓ | 2002 Form M3 for GRD |
| 84 | | 3/3 | ✓ | ✓ | 2003 Form M1 for RG & JG |
| 85 | | 3/3 | ✓ | ✓ | 10/20/04 MDR Audit Report/Tax Order for RG & JG, 2002 |
| 86 | | | | | |
| 87 | | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **SEARCH WARRANT RECORDS-RG HOME** |
| 99 | | 3/1 | ✓ | 3/1 | Search Warrant Inventory, 3/14/06 |
| 100 | | | | | Copies of Credit Cards, Bank Cards, Driver's License, Etc. |
| 101 | | | | | Brochure Regarding The Becomers |
| 102 | | | | | 1997 Form 1040 for RG & JG Prepared by Schmiesing |
| 103 | | ↓ | | ↓ | 1998 Form 1040 for RG & JG Prepared by Schmiesing |
| 104 | | 3/1 | ✓ | 3/1 | File Labeled The Oakdale Trusts w/ 6/6/00 Trust Docs. |
| 105 | | | | | 6/26/00 Statement in Support of Registration of U.S. Civil Aircraft |
| 106 | | | | | 11/21/00 Invoice from Am. Tax Consultants |
| 107 | | | | | 1/28/01 Letter from LSR to MDR w/ Amended State Returns |
| 108 | | | | | 5/11/01 Letter from GK to RG & JG |
| 109 | | | | | 5/20/01 Letters from LSR to GK |
| 110 | | ↓ | | ↓ | 6/4/01 Letter from GK to RG & JG |
| 111 | | 3/1 | ✓ | 3/1 | 5/6/02 Invoice from IFC to OH/RG w/ Note Re $1,720 |
| 112 | | | | | 5/6/02 Invoice from IFC to OH/RG (Stamped 7/22/02) for $450 |
| 113 | | | | | Notebook w/ GRD, Oakdale, MCP & Metro Gem Docs. |
| 114 | | | | | 8/22/01 (8/22/02) Letter from AIG to Craig Howse w/ 7/25/02 Letter to RG |
| 115 | | | | | 8/7/02 Letter from AIG to RG |
| 116 | | | | | 8/8/02 Deposit Receipt for $2,550,000 w/ Copy of Check |
| 117 | | | | | 2002 1099-MISC from Franklin Life to RG for $2,550,000 & $77,547.20 |
| 118 | | | | | 2002 Form 1099-MISC from Franklin Financial to RG for $69,185.69 |
| 119 | | | | | 2002 Form 1099-MISC from American Franklin Life to RG for $6,355.05 |
| 120 | | | | | 2002 Form 1099-R from Franklin Life to RG for $738,178.31 |
| 121 | | | | | 7/26/02 Faxes (4:37 p.m. & 4:58 p.m.) w/ OCC Budget & Goris ORC/Center Gift & RG Response of Intent |
| 122 | | | | | ORC Official Receipt for IRS Purposes ($1,150,000) |
| 123 | | | | | 2002 Form 1099-B from MCP to GRD for $145,000 |
| 124 | | | | | 12/17/02 Sales Receipt from IFC to OH/RG for $1,350 & Copy of 12/02/02 Check |
| 125 | | ↓ | | ↓ | 11/23-12/27/02 Home State Bank Statement & 1/7/03 Reconciliation Reports for OH |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 126 |  | 3/1 | ✓ | 3/1 | 2002 Form 1040 for RG & JG Prepared by SW (Not Filed) |
| 127 |  |  |  |  | 2002 Form 1040 for RG & JG ("Self-Prepared"/"Sent In") |
| 128 |  |  |  |  | 2002 Form M1 for RG & JG Prepared by SW (Not Filed) |
| 129 |  |  |  |  | 5/18/03 Notes for TG & JG for the Estate of RG |
| 130 |  |  |  |  | 1/20/04 Letter from IRS to RG Re IFC (L-3827E) |
| 131 |  |  |  |  | 2/6/04 Letter from RG to RB w/ GRD Income/Expense Detail |
| 132 |  |  |  |  | 2003 Form 1040 for RG & JG Prepared by SW & 2003 Form 1065 for GRD Prepared by RB/GC |
| 133 |  |  |  |  | 5/6/04 "Notes on the Transactions" Re Metro Gem |
| 134 |  |  |  |  | Bought w/ A Price Ministries Organizational Documents & Check Ledgers |
| 135 |  |  |  |  | 8/24/04 Letter from AJ to RG & JG; Letter from RG to FPC; 8/20/04 Letter from MDR to RG & JG Re 2002 |
| 136 |  |  |  |  | Oakdale/ GRD Compilation Project & Notes |
| 137 |  |  |  |  | 9/29/04 Letter & Form 4564 from AJ to RG & JG |
| 138 |  |  |  |  | 10/20/04 MDR Audit Report/Tax Order for RG & JG, 2002 |
| 139 |  |  |  |  | 11/29/04 Summons from IRS/AJ to KDV/SW |
| 140 |  |  |  |  | 2002 Form 1040 for RG & JG Prepared by WP ($682,104 Tax) (Not Filed) |
| 141 |  |  |  |  | 2002 Form 1040 for RG & JG Prepared by WP ($337,203 Tax) (Not Filed) |
| 142 |  |  |  |  | 12/21/04 Letter from AJ to WP Re IFC w/ Attachments |
| 143 |  |  |  |  | 2/1/05 MDR Tax Bill to JG |
| 144 |  |  |  |  | 2/25/05 Letter from JS to RG w/ 1/20/05 Permanent Inj. Order |
| 145 |  |  |  |  | 3/15/05 Letter from IRS/BU to RG |
| 146 |  |  |  |  | Instructions for "Filing a Dismissal" |
| 147 |  |  |  |  | Checkbook for RG's US Bank Acc't # xxx6407 |
| 148 |  |  |  |  | 4/29/05 Official Check for $459.05 & Other Records Relating to Closed Account |
| 149 |  |  |  |  | US Bank Statement for RG Acc't # xxx6407 |
| 150 |  |  |  |  | 5/10/05 Letter from RG to IRS w/ 5/9/05 Check for $3,556,411 for 2002 |
| 151 |  |  |  |  | 5/10/05 Letter from RG to IRS w/ 5/10/05 Check for $141,035 for 2003 |
| 152 |  |  |  |  | 5/10/05 Letter from RG to MDR w/ Check for $33,000 for 2002 |
| 153 |  | 3/1 | ✓ | 3/1 | 6/20/05 Letter to SR from RG |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 154 | | 3/1 | ✓ | 3/1 | Land Trust Docs. Dated 6/27/05 |
| 155 | | 3/4 | ✓ | 3/1 | Transport Trust Docs. Dated 6/28/05 |
| 156 | | | | | Fax to Wells Fargo w/ 2002 Return from WP & 2003 Return |
| 157 | | | | | 7/6/05 Letter from RG to MDR w/ Check for $38,000 for 2002 & MDR Demand For Payment |
| 158 | | | | | 10/21/05 Letter from MDR to RG Re $38,000 Check |
| 159 | | | | | 11/21/05 Letter from RG to IRS Re GRD |
| 160 | | | | | 12/20/05 MDR Notice of State Tax Lien, 2002 & 1/5/06 Cashier's Check from RG to MN, $32,093.99 |
| 161 | | | | | 1/6/06 Letter from RG to GT Re OH |
| 162 | | | | | 1/13/06 MDR Release of State Tax Lien, 2002 |
| 163 | | | | | 1/17/06 Warranty Deed from OH/RG to Land Trust |
| 164 | | ↓ | | ↓ | 1/25/06 Warranty Deed from RG to Land Trust |
| 165 | | 3/1 | ✓ | 3/1 | 2/1/06 Warranty Deed from OH/RG/JG to Land Trust |
| 166 | | 3/3 | ✓ | ✓ | 2/15/06 UCC Filing w/ Iowa Secretary of State |
| 167 | | 3/2 | ✓ | 3/2 | 8/18/00 Letter from Am. Tax Consultants w/ 1999 Forms 1040NR-EZ for RG & JG |
| 168 | | 3/1 | ✓ | 3/1 | 7/22/02 Email from KM to RG & RG Reply |
| 169 | | 3/1 | ✓ | 3/1 | 5/4/04 Email from CS to RG w/ Note from RG to ES & Attached Invoices |
| 170 | | 3/1 | ✓ | 3/1 | 2000 1099-DIV from MCP w/ 1/5/01 MCP letter |
| 171 | | 3/1 | ✓ | 3/1 | 4/6/01 Letter from MCP to MCP Members |
| 172 | | | | | |
| 173 | | | | | |
| 174 | | | | | |
| 175 | | | | | |
| 176 | | | | | |
| | | | | | **SEARCH WARRANT COMPUTER RECORDS-RG HOME** |
| 247 | | 3/2 | | 3/2 | 10/15/01 RG & JG Financial Statement |
| 248 | | | | | 4/16/02 Note to CS |
| 249 | | | | | 9/16/04 Email from JS |
| 250 | | | | | 2002 Form 1040 for RG & JG Prepared by SW (Not Filed) |
| 251 | | | | | 10/29/04 Email from RG to WP w/ Attached AIG Letters |
| 252 | | | | | 12/3/04 Email from RG to WP |
| 253 | | ↓ | | ↓ | 12/7/04 Email from RG to WP |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 254 | | 3/2 | | 3/2 | 12/23/04 Emails Between JS & RG |
| 255 | | | | | 3/2/05 Educational Consultant Contract Between RG/TG & LM/MW/TLOLS |
| 256 | | | | | Information Worksheet for RG & JG (4/6/05) |
| 257 | | | | | 1/18/06 Email from MA (MW) |
| 258 | | | | | 4/9/03 RG Personal Financial Statement |
| 259 | | ✓ | | ✓ | 2005 Affidavit of Leon Miles |
| 260 | | | | | |
| 261 | | | | | |
| | | | | | **BANK RECORDS** |
| 300 | | 3/1 | ✓ | ✓ | Heritage Bank Records for RG/Becomers, Acc't # xxx2031 |
| 301 | | 3/1 | ✓ | ✓ | Copy of 4/8/02 Deposit Slip & Franklin Life Check for $738,178.31 |
| 302 | | 3/2 | ✓ | ✓ | Copy of 4/16/02 Check to IFC for $1,720 (GRD) |
| 303 | | 3/2 | ✓ | ✓ | Copy of 4/17/02 Check to Nevada for $40 (GRD) |
| 304 | | 3/2 | ✓ | ✓ | Copy of 7/19/02 of Check to IFC for $450 (OH) |
| 305 | | 3/1 | ✓ | ✓ | Copy of 8/8/02 Deposit Slip and AIG Check for $2,550,000 |
| 306 | | 3/1 | ✓ | ✓ | Copy of 8/9/02 Check to ORC for $1,150,000 |
| 307 | | | | | |
| 308 | | 3/4 | ✓ | ✓ | Heritage Bank Statement for RG/JG Acc't # xxx2940, 4/19/02 w/ 4/3/02 Check to Remax for $5,000 |
| 309 | | | | | |
| 310 | | 3/2 | | ✓ | Heritage Bank Records for GRD Acc't # xxx6147 |
| 311 | | 3/2 | | ✓ | Copies of Deposit Slips and Checks from BILD (11/29/03 & 12/8/03) |
| 312 | | 3/4 | ✓ | ✓ | Copies of Deposit Slips and Checks from Metro Gem (5/19/03-12/22/03) |
| 313 | | 3/4 | ✓ | ✓ | Copies of Checks to Metro Gem (6/18/03 & 12/6/03) |
| 314 | | 3/1 | ✓ | ✓ | Heritage Bank Records for Bought With A Price Ministries Acc't # xxx6411 |
| 315 | | | | | Copy of 4/6/05 Check to TLOLS for $10,000 |
| 316 | | | | | |
| 317 | | 3/2 | | ✓ | Home State Bank Records for GRD Acc't # xxx5620 |
| 318 | | 3/2 | | ✓ | Copies of Deposit Slips and Checks from BILD (8/5/02-9/30/03) |
| 319 | | 3/1 | ✓ | ✓ | Copy of 10/15/02 Deposit Slip & ADM Check for $145,000 |
| 320 | | 3/4 | ✓ | ✓ | Copy of 4/11/03 Check to Metro Gem for $400,000 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 321 | | 3/2 | ✓ | ✓ | Home State Bank Records for Oakdale Holdings Acc't #xxx4517 |
| 322 | | 3/4 | ✓ | ✓ | Copies of Deposit Slips and Checks from GRD (8/20/02-12/29/03) |
| 323 | | 3/4 | ✓ | ✓ | Copy of 12/23/02 Deposit Slip & GRD Check for $205,000 |
| 324 | | 3/4 | ✓ | ✓ | Copy of 12/23/02 Check to Home State Bank for $204,963.56 |
| 325 | | | | | |
| 326 | | 3/4 | ✓ | ✓ | 12/23/02 Home State Bank Cashier's Check to Kandiyohi Abstract for $204,963.56 |
| 327 | | | | | |
| 328 | | | | | |
| | | | | | **SUMMARIES OF BANK RECORDS** |
| 340 | | 3/4 | ✓ | ✓ | Summary of Payments from BILD to GRD, 2002 |
| 341 | | 3/4 | ✓ | ✓ | Summary of Payments from BILD to GRD, 2003 |
| 342 | | 3/4 | ✓ | ✓ | Summary of Payments from Metro Gem to GRD, 2003 |
| 343 | | 3/4 | ✓ | ✓ | Summary of Payments from GRD to OH, 2002-2003 |
| 344 | | | | | |
| 345 | | | | | |
| | | | | | **INCOME RECORDS** |
| 350 | | 3/1 | ✓ | ✓ | 2002 Form 1099-MISC from Franklin Life to RG for $2,550,000 & $77,547.20 (AIG) |
| 351 | | 3/1 | ✓ | ✓ | 2002 Form 1099-MISC from Franklin Financial to RG for $69,185.69 (AIG) |
| 352 | | 3/1 | ✓ | ✓ | 2002 Form 1099-MISC from American Franklin to RG for $6,355.05 (AIG) |
| 353 | | 3/1 | ✓ | ✓ | 2002 Form 1099-R from Franklin Life to RG for $738,178.31 (AIG) |
| 354 | | | | | |
| 355 | | | | | |
| 356 | | | | | |
| 357 | | 3/1 | ✓ | ✓ | 8/22/02 MCP Stock Certificate (50,000 Shares in Name of GRD) (Hickory Point Bank) |
| 358 | | 3/1 | ✓ | ✓ | 9/17/02 Letter of Transmittal from RG/GRD to ADM Selling 50,000 Shares of MCP Stock (Stamped 9/19/02) (Hickory Point Bank) |
| 359 | | 3/1 | ✓ | ✓ | 9/6/02 Statement of Activity for Sale of 50,000 Shares of MCP Stock for $145,000 (Hickory Point Bank) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
|---|---|---|---|---|---|---|
| 360 | | 3/1 | ✓ | ✓ | Copy of 10/9/02 Check to GRD for $145,000 (Hickory Point Bank) | |
| 361 | | | | | | |
| 362 | | 3/4 | ✓ | ✓ | Original Metro Gem Checks to GRD (5/19/03-12/22/03) | |
| 363 | | | | | | |
| 364 | | 3/2 | | ✓ | RG Response of Intent (BILD) | |
| 365 | | 3/2 | | ✓ | Items Discussed During BH's Visit on 7/30/02 (BILD) | |
| 366 | | 3/1 | ✓ | ✓ | Original Checks from BILD to GRD (8/5/02-11/26/03) (BILD) | |
| 367 | | 3/2 | | ✓ | 9/9/02 Memo from DC to CS (BILD) | |
| 368 | | 3/2 | | ✓ | 9/25/02 Memo from DC to CS (BILD) | |
| 369 | | 3/2 | | ✓ | Salaries Effective 4/15/03 (BILD) | |
| 370 | | 3/2 | | ✓ | Schedule A, Part II GRD (BILD) | |
| 371 | | 3/2 | | ✓ | Replacement receipt | |
| 372 | | 3/5 | ✓ | ✓ | ~~BILD~~ Pg 6 3, 4, + 5 (Bild records) | |
| | | | | | **MISCELLANEOUS RECORDS** | |
| 400 | | 3/2 | ✓ | ✓ | File Labeled "Goris, Robert D." from Arizona Search Warrant Re IFC | |
| 401 | | | | | | |
| 402 | | 3/4 | ✓ | ✓ | 4/25/05 Amended Petition To Quash by RG (Redacted) (D. Minn.) | * → unred. version subs. in on 3/4 @ 11:20 |
| 403 | | 3/3 | ✓ | ✓ | 8/18/00 Letter from Am. Tax Consultants w/ 1999 Returns for RG & JG (SW) | |
| 404 received over 404(b) obj. | | 3/2 | ✓ | ✓ | 10/29/01 Letter from GK to RG & JG Re 1999 & 2000 Returns (SW) | |
| 405 | | 3/3 | ✓ | ✓ | 2002 Form 1040 for RG & JG Prepared by SW (Not Filed) (SW) | |
| 406 | | | ✓ | ✓ | 2002 State Tax Returns for RG & JG (SW) | |
| 407 | | | ✓ | ✓ | 2002 Tax Records from RG (SW) | |
| 408 | | | ✓ | ✓ | 2003 Form 1040 for RG & JG Prepared by SW (SW) | |
| 409 | | | ✓ | ✓ | 2003 Tax Records from RG (SW) | |
| 410 | | | ✓ | ✓ | 2002 Form 1065 for GRD Prepared by RB/GC (SW) | |
| 411 | | 3/3 | ✓ | ✓ | 2003 Form 1065 for GRD Prepared by RB/GC w/ SW Note (SW) | |
| 412 | | | | | | |
| 413 | | 3/1 | ✓ | ✓ | File Labeled "Goris, Robert & Janice" from California Search Warrant Re FPC | |
| 414 | | | | | | |
| 415 | | 3/3 | ✓ | ✓ | US Bank Records for RG Acc't # xxx6407 (US Bank) | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 416 | | | | | |
| 417 | | 3/4 | ✓ | ✓ | Records Relating to OH/RG Purchase of Lake Lot, 3/02-1/03 (Kandiyohi Abstract & Title) |
| 418 | | | | | |
| 419 | | 3/4 | ✓ | ✓ | 1/3/03 Warranty Deed from Hansons to OH/RG (Kandiyohi County Recorder) |
| 420 | | 3/3 | ✓ | ✓ | 12/20/05 MDR Notice of State Tax Lien, 2002 (Kandiyohi County Recorder) |
| 421 | | 3/3 | ✓ | ✓ | 1/13/06 MDR Release of State Tax Lien, 2002 (Kandiyohi County Recorder) |
| 422 | | 3/4 | ✓ | ✓ | 1/17/06 Warranty Deed from OH/RG to Land Trust (Kandiyohi County Recorder) |
| 423 | | 3/4 | ✓ | ✓ | 1/25/06 Warranty Deed from RG to Land Trust (Kandiyohi County Recorder) |
| 424 | | 3/4 | ✓ | ✓ | 5/25/06 Corrective Quit Claim Deed from RG & JG to Land Trust (Kandiyohi County Recorder) |
| 425 | | | | | |
| 426 | | | | | RG U.S. Passport |
| 427 | | | | | |
| 428 | | 3/3 | ✓ | ✓ | 11/3/03 Residential Loan Application by RG (Countrywide) |
| 429 | | 3/3 | ✓ | ✓ | 11/11/03 Fax from SW to DG w/ 2001 & 2002 Tax Returns (Countrywide) |
| 430 | | 3/3 | ✓ | ✓ | 12/19/03 Loan Application Disclosure Acknowledgments (Countrywide) (RG & JG) |
| 431 | | 3/3 | ✓ | ✓ | 12/19/03 Residential Loan Application by RG (Countrywide) |
| 432 | | 3/3 | ✓ | ✓ | 11/21/03 Loan Application Disclosure Acknowledgments (Countrywide) (RG) |
| 433 | | | | | |
| 450 | | 3/5 | ✓ | ✓ | Summary of Federal Income Taxes Owed, 2002 |
| 451 | | 3/5 | ✓ | ✓ | Summary of Federal Income Taxes Owed, 2003 |
| 452 | | | | | |
| 453 | | | | | Stipulation to Foundation of Various Government Exhibits |
| 454 | | | | | |
| 455 | | 3/5 | ✓ | NM | Demonstrative Charts Re LLCs |
| 456 | | demonstrative exhibit only | | | |
| 457 | | | | | |
| 458 | | 3/10 | ✓ | ✓ | Picture of Boat |

Ct's Ex. 456 — Lawsuit against Andersons

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| USA | | | vs. Robert Gario | | CASE NO. 09-100 ADM/JJG |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 459 | | | | | Copy of check |
| 460 | | | | | Copy of check |
| 280 | | 3/10 | ✓ | ✓ | Letters from US Attorney's office |
| 281 | | 3/10 | ✓ | ✓ | Letter from US Attorney 8/4/06 |

Page _____ of _____ Pages