UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>                    **Plaintiff**<br>**v.**<br>**ROBERT DALE GORIS,**<br>                    **Defendant** | **Case No.:  CR-09-100 (ADM/JJG)**<br><br>**ORDER REGARDING MOTION FOR**<br>**RELEASE OF FUNDS** |

_____

Having read the pleadings of counsel, the court hereby GRANTS Defendant's Motion to Exonerate the Bond and Order the U.S. Marshal to Disburse the Funds.  [Doc. No. 103]

On February 8, 2010, Magistrate Judge Jeanne Graham caused two checks in the amount of $209,331.86 and $305,331.86 (totaling $514,720.58) on the account of attorney Cletus J. Frank, P.A., which were made payable to the U.S. Marshal's Escrow Account, to be deposited in the U.S. Marshal's Account. [Doc. No. 47]  This Court finds that, since Robert Dale Goris is now in custody of the U.S. Marshal, this money no longer needs to be kept in escrow as a security.

Thus, the Court ORDERS the U.S. Marshal to disburse those funds no later than May 7, 2010 as follows:

1) A check for $200,000 to the Internal Revenue Service to be delivered to the United States Attorney's Office, c/o Assistant United States Attorney Michael Cheever, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

2) A check for $3,680.65 to the United States Attorney's Office for the Bill of Costs, which should be delivered to the United States Attorney's Office, c/o Assistant United States Attorney Michael Cheever, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

3) A check for $200 to the Clerk of the Court for the District of Minnesota for the special assessment.

4) A check for $150,000 to Michael Louis Minns, PLC, 9119 South Gessner, Suite 1, Houston, Texas 77074.

5) A check for $100,000 to Joseph S. Friedberg, Chartered, 150 Fifth Street South, Suite 320, Minneapolis, Minnesota 55402.

6) A check for the balance of the cash in the account addressed to Robert Goris and delivered to the office of Joseph S. Friedberg at 150 Fifth Street South, Suite 320, Minneapolis, Minnesota 55402.

Dated: April 30, 2010

*s/Ann D. Montgomery*

Judge Ann D. Montgomery
United States District Court