# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　　　　**Plaintiff** | **Case No.:  CR-09-100 (ADM/JJG)** |
| **v.** | **DEFENDANT'S MOTION TO**<br>**OBVIATE THE FINE** |
| **ROBERT DALE GORIS,**<br>　　　　　　　　　**Defendant** | |

Defendant Robert Dale Goris (Defendant or Goris), by and through his counsel of record, hereby requests that his fine be obviated as follows:

## I.  BACKGROUND

On April 28, 2010, the Court imposed a judgment which, amongst other matters, stated as follows: "Defendant is ordered to pay $200,000.00; however should the defendant make arrangements to transfer such finds to the IRS within ten days of the date of this Judgment, the fine is waived." [Doc. No. 105].

That same day, Goris filed Defendant's Motion to Exonerate the Bond and Order the U.S. Marshall to Disburse the Funds.  [Doc. No. 103].  The Motion requested, in relevant part, that $200,000 of the monies that the U.S. Marshall had been holding for his bail be disbursed to the IRS.  Since Goris was in custody, bail was no longer needed.

On April 30, 2010, the Court granted Goris' motion and ordered the U.S. Marshall to disburse "no later than May 7, 2010… a check for $200,000 to the Internal Revenue Service to be delivered to the United States Attorney's Office, c/o Assistant United States Attorney Michael Cheever…" [Doc. No. 105].

## II.  ARGUMENTS & PRAYER

Goris has met the aforementioned obligation.  Consequently, he now requests that the $200,000 fine be waived.

Respectfully submitted by counsel for Defendant Robert Dale Goris on May 3, 2010.

/s/  Joseph Friedberg
Joseph S. Friedberg, Esq.
Joseph S. Friedberg, Chartered
150 S. 5th St. Ste. 320
Mpls, MN 55402
Tel: 612-339-8626
Fax: 612-339-8627

AND

*/s/ Rain Minns*
Michael Minns (pro hac vice)
Rain Minns (pro hac vice)
Ashley Arnett (pro hac vice)
MICHAL LOUIS MINNS PLC
9119 S. Gessner Suite One
Houston, TX  77074
Tel. (713) 777-0772
Fax. (713) 777-0453