RECEIVED
MAY 04 2010
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States District Court**
STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v.

ROBERT DALE GORIS

**Government's Sentencing Exhibit List**

Criminal No. 09-100(ADM/JJG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Ann D. Montgomery | Michael L. Cheever, AUSA<br>Kimberly A. Svendsen, AUSA | Michael Minns, Esq.<br>Joseph S. Friedberg, Esq. |
| SENTENCING DATE(S)<br>April 28, 2010 | COURT REPORTER<br>Tim Willette | COURTROOM DEPUTY<br>Gertie Simon |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/28 | ✓ | ✓ | Summary of Federal Income Taxes Owed by Robert Goris-2002 (Treating the Payment to BILD as Non-Deductible) |
| 2 | | " | ✓ | ✓ | Summary of Federal Income Taxes Owed by Robert Goris-2003 (Treating the Payment to BILD as Non-Deductible) |
| 3 | | " | ✓ | ✓ | 2000 Form 1040X for TG & JG (Gov't Ex. 457) |
| 4 | | " | ✓ | ✓ | 1998 Form 1040X for TG & JG |
| 5 | | " | ✓ | ✓ | 9/12/05 Check from SIMPE to Alliance Asset Management (Gov't Ex. 459) |
| 6 | | " | ✓ | ✓ | 5/23/07 Check from SIMPE to Windsor, LLC (Gov't Ex. 460) |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |

SCANNED
MAY 04 2010
U.S. DISTRICT COURT MPLS