# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.:  CR-09-100 (ADM/JJG)** |
| **Plaintiff** | |
| **v.** | |
| | **ORDER REGARDING MOTION TO** |
| **ROBERT DALE GORIS,** | **OBVIATE THE FINE** |
| **Defendant** | |

___

Having read the pleadings of counsel, the court hereby GRANTS Defendant's Motion to Obviate the Fine.  [Doc. No. 106]

On April 28, 2010, the Court imposed a judgment which, amongst other matters, stated as follows: "Defendant is ordered to pay $200,000.00; however should the defendant make arrangements to transfer such finds to the IRS within ten days of the date of this Judgment, the fine is waived."  [Doc. No. 105].

On April 30, 2010, the Court granted Defendant's Motion to Exonerate the Bond and Order the U.S. Marshal to Disburse the Funds and ordered the U.S. Marshal to disburse "no later than May 7, 2010… a check for $200,000 to the Internal Revenue Service to be delivered to the United States Attorney's Office, c/o Assistant United States Attorney Michael Cheever…"  [Doc. No. 104].

The Court now finds that Goris complied with the aforementioned aspect of the judgment of April 28, 2010, and that the fine should be waived.

Thus, the Court ORDERS that the $200,000 fine be waived.

Dated: May 17, 2010　　　　　　　　　　　s/Ann D Montgomery

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge Ann D. Montgomery
　　　　　　　　　　　　　　　　　　　　United States District Court